

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES L. BASSIL,<br>  Petitioner, | ) Civil Action No. 7:08-cv-00559<br>)<br>) |
| v. | ) **FINAL ORDER**<br>) |
| TERRY O'BRIEN,<br>  Respondent. | ) By: Hon. Jackson L. Kiser<br>) Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for a writ of habeas corpus is **DISMISSED** and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 16th day of January 2009.

                Senior United States District Judge